IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02135-BNB

EARL CROWNHART,

     Plaintiff,

v.

J. CROUNK,
TAUNER TUENER, and
COLO. SPRINGS INMATES ACCTS,

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT

     On October 10, 2007, the Court ordered Plaintiff Earl Crownhart to file a prisoner complaint form that includes Page One and to file his request to proceed pursuant to 28 U.S.C. § 1915 on a proper form.  On October 23, 2007, Plaintiff submitted a proper § 1915 form.  Mr. Crownhart, however, as opposed to filing one complete Complaint form, filed two additional Complaints.  The Complaints in part set forth different claims and list different defendants.  The Court will not consider the two separate Complaints. Plaintiff is instructed to file one Amended Complaint that names all Defendants and sets forth all of Plaintiff's claims.

     Mr. Crownhart's claims also fail to comply with Rule 8 of the Federal Rules of Civil Procedure.  Pursuant to Fed. R. Civ. P. 8(a), a pleading "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief,

and (3) a demand for judgment for the relief the pleader seeks." Fed. R. Civ. P. 8(e)(1)

provides that "[e]ach averment of a pleading shall be simple, concise, and direct."

Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and

brevity by the federal pleading rules.  Prolix, vague, or unintelligible pleadings violate

the requirements of Rule 8.

Upon review of both Complaints that Mr. Crownhart submitted to the Court on

October 23, 2007, the Court finds that he appears to challenge how Defendants are

debiting his inmate account inappropriately for medical and past restitution charges.

Plaintiff's claims, however, are repetitive and somewhat prolix.  Plaintiff also fails to

assert how his constitutional rights have been violated.  Mr. Crownhart, therefore, is

instructed to file an Amended Complaint that sets forth his claims in a simple, concise,

and direct manner and that states how his constitutional rights have been violated.

Accordingly, it is

ORDERED that Plaintiff file, **within thirty days from the date of this Order**, an

Amended Complaint that complies with the particulars of this Order.  It is

FURTHER ORDERED that the Amended Complaint shall be titled, "Amended

Complaint," and shall be filed with the Clerk of the Court, United States District Court for

the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room

A-105, Denver, Colorado 80294-3589.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a

copy of this Order, two copies of the Court-approved Prisoner Complaint form.  It is

FURTHER ORDERED that Plaintiff submit sufficient copies of the Amended

2

Complaint for the purpose of serving each named Defendant.  It is

FURTHER ORDERED that if Plaintiff fails to file, **within thirty days from the date of this Order**, an original and sufficient copies of an Amended Complaint that complies with this Order, to the Court's satisfaction, the Complaint and the action will be dismissed without further notice.

DATED October 29, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02135-BNB

Earl Crownhart
Reg. No. 113771
PO Box 1010
Canon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on _10|29|07_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk