IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02135-BNB

EARL CROWNHART,

Plaintiff,

v.

J. CROUNK,
TAUNER TUENER, and
COLO. SPRINGS INMATE ACCTS,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 4 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

On October 10, 2007, the Court ordered Plaintiff, Earl Crownhart, to file a Prisoner Complaint form that includes Page One and to file his request to proceed pursuant to 28 U.S.C. § 1915 on a proper form. On October 23, 2007, Plaintiff submitted a proper § 1915 form. Mr. Crownhart, however, as opposed to filing one complete Complaint form, filed two additional Complaints. The Complaints in part set forth different claims, list different defendants, and fail to comply with Rule 8 of the Federal Rules of Civil Procedure.

On October 29, 2007, the Court instructed Plaintiff that his claims were repetitive and prolix and that he failed to assert how his constitutional rights were violated. Mr. Crownhart, therefore, was directed to file one Amended Complaint that sets forth his claims in a simple, concise, and direct manner, that states how his constitutional rights have been violated, and that asserts all claims he intends to raise in the instant action.

Plaintiff filed a Prisoner Complaint on November 16, 2007, challenging the withdrawal of monies from his inmate account. He did not assert how the named Defendants had participated in the claims that he raised and how his constitutional rights were violated. Plaintiff also failed to title the Complaint as an "Amended Prisoner Complaint." Subsequently on December 6, 2007, Plaintiff filed yet another Prisoner Complaint in this action. Again, the Complaint was not titled as an "Amended Prisoner Complaint." In the December 6 Complaint, Plaintiff raised claims concerning an alleged attack against him by a correctional officer.

The Court will give Mr. Crownhart one last chance to file **one Second Amended Complaint** that contains **all** of the claims he intends to assert in the instant action. Plaintiff is directed to state how each named Defendant personally participated in the claims that he raises and how his constitutional rights were violated. Accordingly, it is

ORDERED that Plaintiff file, **within thirty days from the date of this Order**, a Second Amended Complaint that complies with the particulars of this Order. It is

FURTHER ORDERED that the Second Amended Complaint shall be titled, "Second Amended Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of the Court-approved Prisoner Complaint form. It is

FURTHER ORDERED that Plaintiff submit sufficient copies of the Second Amended Complaint for the purpose of serving each named Defendant. It is

FURTHER ORDERED that if Plaintiff fails to file, **within thirty days from the date of this Order**, an original and sufficient copies of a Second Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED January 24, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02135-BNB

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 1/24/08

GREGORY C. LANGHAM, CLERK

By _____
Deputy Clerk