# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02135-BNB

EARL CROWNHART,

Plaintiff,

v.

J. CROUNK,
TAUNER TUENER, and
COLO. SPRINGS INMATE ACCTS,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's Motion and Affidavit seeking service, (Doc. No. 15), filed November 26, 2007, is DENIED as premature and unnecessary. Furthermore, Plaintiff's "Motion to File Other Supporting Factors," (Doc. No. 11), filed November 1, 2007, is DENIED as moot. Document No. 13, filed November 16, 2007, appears to be a second request for service, although the title contains the words, "Amend Complaint." Nonetheless, the request, whether it is for service or to amend is DENIED as unnecessary.

Dated: February 1, 2008

---

Copies of this Minute Order mailed on February 1, 2008, to the following:

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

_____
Secretary/Deputy Clerk