IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02135-BNB

EARL CROWNHART,

    Plaintiff,

v.

J. CROUNK,
TAUNER TUENER,
COLORADO SPRINGS INMATE ACCTS,
SGT. ECHOLAND,
G. HERNANDEZ,
DR. PATRISHA ROLAND,
T. FLUARTY, and
COLO. CANTEEN SERVICES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2008

GREGORY C. LANGHAM
                 CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT

---

Plaintiff, Earl Crownhart, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. Mr. Crownhart initiated this action by filing a *pro se* Prisoner Complaint on October 10, 2007, alleging that his constitutional rights have been violated. The Complaint was deficient. The Court directed Mr. Crownhart to correct the deficiencies and to file a complete Court-approved form used in filing prisoner complaints.

On October 23, 2007, as opposed to filing one form, Mr. Crownhart filed two additional Complaints that set forth different claims and different defendants. On October 29, 2007, the Court directed Plaintiff to file an Amended Complaint that states

how his constitutional rights have been violated and complies with Rule 8 of the Federal Rules of Civil Procedure. Once again Plaintiff filed multiple Complaints asserting different claims, and again the Court, on January 24, 2008, instructed Mr. Crownhart to file **one** Second Amended Complaint. Plaintiff now filed a Complaint on February 6, 2008. Although he did not title the Complaint as he was instructed to do as a "Second Amended Complaint," he has stated all of his claims on one complaint form and has properly listed all parties to the action in the caption and in Section "A. Parties."

The Court must construe the February 6, 2008, Prisoner Complaint liberally because Plaintiff is a *pro se* litigant. **See *Haines v. Kerner*,** 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon*,** 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. **See *Hall*,** 935 F.2d at 1110. For the reasons stated below, Mr. Crownhart will be ordered to file a Third Amended Complaint.

Mr. Crownhart has failed to state what each named defendant has done to violate his constitutional rights. Mr. Crownhart must assert personal participation by all named defendants. **See *Bennett v. Passic*,** 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Crownhart must name and show how named defendants caused a deprivation of a federal right. **See *Kentucky v. Graham*,** 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. **See *Butler v. City of Norman*,** 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. **See *Pembaur v. City of Cincinnati*,** 475 U.S. 469, 479

(1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Crownhart will be directed to file a Third Amended Complaint that clarifies and alleges specific facts that demonstrate who personally participated in the claims that he seeks to raise. In order for Mr. Crownhart to state a claim in federal court, the Third Amended "[C]omplaint must explain what each defendant did to him [ ]; when the defendant did it; how the defendant's action harmed him [ ]; and, what specific legal right [he] believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

The Court has been more than lenient in allowing Plaintiff three opportunities to amend his Complaint and cure deficiencies. The Court notes that Plaintiff has filed fifteen actions with this Court since December 2005. All but three of the fifteen actions now have been dismissed because Plaintiff has not been able to understand and comply with the Court's directions or because the action was legally frivolous. If Plaintiff is not able to understand and comply with Court orders the Court will have to consider restrictions on Plaintiff's future filings. Accordingly, it is

ORDERED that Mr. Crownhart file **within thirty days from the date of this Order** a Third Amended Complaint that is in keeping with the instant Order. It is

FURTHER ORDERED that Plaintiff shall write "Third Amended Complaint" on the first page of the Prisoner Complaint form. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Crownhart, together with a copy of this Order, two copies of a Court-approved Prisoner Complaint form to be used in submitting the Third Amended Complaint. It is

3

FURTHER ORDERED that if Mr. Crownhart fails within the time allowed to file an original and sufficient copies of an Third Amended Complaint that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice.

DATED February 11, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02135-BNB

Earl Crownhart
Reg. No. 113771
San Carlos Correctional Facility
PO Box 3
Pueblo, CO 81002

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on __2/11/08__

                           GREGORY C. LANGHAM, CLERK

                           By: _____
                                   Deputy Clerk