IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02135-BNB

EARL CROWNHART,

    Plaintiff,

v.

J. CROUNK,
TAUNER TUENER,
COLORADO SPRINGS INMATE ACCTS.,
SGT. ECHOLAND,
G. HERNANDEZ,
DR. PATRISHA ROLAND,
T. FLURARTY, and
COLO. CANTEEN SERVICES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 29 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's Motion seeking discovery, (Doc. No. 27), filed February 28, 2008, is DENIED as premature.

Dated: February 29, 2008

Copies of this Minute Order mailed on February 29, 2008, to the following:

Earl Crownhart
Reg. No. 113771
San Carlos Correctional Facility
PO Box 3
Pueblo, CO 81002

                                        Secretary/Deputy Clerk