IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02135-BNB

EARL CROWNHART,

Plaintiff,

v.

J. CROUNK,
TAUNER TUENER,
COLORADO SPRINGS INMATE ACCTS.,
SGT. ECHOLAND,
G. HERNANDEZ,
DR. PATRISHA ROLAND,
T. FLURARTY, and
COLO. CANTEEN SERVICES,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 2008

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff Earl Crownhart is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the San Carlos Correctional Facility in

Pueblo, Colorado. Originally on October 23, 2007, Plaintiff submitted to the Court a

Prisoner Complaint asserting violations of his constitutional rights pursuant to 42 U.S.C.

§ 1983. Upon review of the October 23 Complaint, Magistrate Judge Boyd N. Boland

entered an order, on October 29, 2007, instructing Plaintiff to file an Amended

Complaint that complied with Rule 8 of the Federal Rules of Civil Procedure. In

response to the October 29, 2007, Order, Mr. Crownhart filed multiple complaint forms that were incomplete and failed to state how named Defendants participated in the claims he asserted.

Magistrate Judge Boland entered an order on January 24, 2008, in which he instructed Plaintiff to assert all of his claims in a Second Amended Complaint. Plaintiff filed a Second Amended Complaint on February 6, 2008. Although he failed to assert personal participation, Magistrate Judge Boland entered an order on February 11, 2008, in which Plaintiff again was allowed one last chance to file a complaint that asserts personal participation by all named Defendants. Plaintiff also was instructed in the February 11, 2008, Order that if he is not able to understand and comply with Court orders the Court would have to consider restrictions on any future filings. On February 20, 2008, Plaintiff complied with Magistrate Judge Boland's February 11, 2008, Order. Plaintiff also filed an attachment on February 22, 2008, that is related to the Third Amended Complaint.

The Court must construe the Complaint and Attachment liberally because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If a complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [a court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, a court should not act as a *pro se* litigant's advocate. *See id.* For the reasons stated below, the Complaint and the action will be dismissed in part and drawn in part.

Overall Plaintiff asserts two claims. First he alleges that his due process rights have been violated because he has been charged for medical services and for canteen items that he has not received. Mr. Crownhart also asserts that he was subjected to excessive force by a prison guard. Plaintiff seeks injunctive relief and money damages. He further states that he has exhausted his administrative remedies.

With respect to the claims asserted against Defendants J. Crounk, Tauner Tuener, Sgt. Echoland, G. Hernandez, and T. Flurarty, the action will be drawn to a district judge and to a magistrate judge.

As for Defendant Dr. Patrisha Roland, Plaintiff fails to state how she personally participated in the constitutional deprivations that he asserts. Plaintiff was instructed by Magistrate Judge Boland in both the January 24, 2008, Order and the February 11, 2008, Order that he must state how each named Defendant personally participated in the alleged constitutional violations. Therefore, Defendant Dr. Roland will be dismissed from the action.

With respect to Defendants Colorado Springs Inmate Accounts and Colorado Canteen Services, they will be dismissed from the action as they are not persons for the purposes of § 1983. Accordingly, it is

ORDERED that Defendants Dr. Patrisha Roland, Colorado Springs Inmate Accounts, and Colorado Canteen Services are dismissed from the action. It is

FURTHER ORDERED that the Clerk of the Court shall remove Defendants Dr. Patrisha Roland, Colorado Springs Inmate Accounts, and Colorado Canteen Services from the docketing record as parties to this action. It is

FURTHER ORDERED that the claims asserted against remaining Defendants in both the February 20, 2008, Complaint and the February 22, 2008, Attachment shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 20 day of _____February_____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02135-BNB

Earl Crownhart
Reg. No. 113771
San Carlos Correctional Facility
PO Box 3
Pueblo, CO 81002

I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on__3/3/08

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk