IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02135-MSK-KLM

EARL CROWNHART,

    Plaintiff,

v.

J. CROUNK,
TAUNER TUENER,
SGT. ECHOLAND,
G. HERNANDEZ, and
T. FLURARTY,

    Defendants.
_____

## ORDER PROHIBITING FUTURE FILINGS BY PLAINTIFF
## UNTIL MAY 7, 2008 CONFERENCE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on numerous motions and pleadings filed by Plaintiff [Docket Nos. 38, 41, 43, 45-47, 49-51, 55-63]. It is apparent to the Court that Plaintiff would like the Court to address a number of issues. However, many of the motions and pleadings are unintelligible such that the Court cannot determine the relief being requested or the harm being alleged. The Court notes that a Preliminary Scheduling/Status Conference has been set for May 7, 2008 at 10:00 a.m. As such,

IT IS HEREBY **ORDERED** that the motions currently on the Court's docket [Docket Nos. 47, 49, 50, 51, 58-62] are **HELD IN ABEYANCE** until the date of the Preliminary Scheduling/Status Conference, at which time the Court will allow Plaintiff to address the issues he wishes to bring before the Court and better explain the relief being sought in

each motion and pleading. Defendants are directed not to file responses to any pending motions, but to nevertheless familiarize themselves with the relevant motions and pleadings, to the extent possible, to better aid the discussion at the conference.

IT IS FURTHER **ORDERED** that **Plaintiff shall not file any further motions or pleadings** until such time as the Court can address his pending motions and pleadings at the May 7, 2008 conference. If Plaintiff files any motion or pleading after the date of this Order and before the May 7, 2008 conference, it will be summarily denied or stricken from the record.

IT IS FURTHER **ORDERED** that the Court, *sua sponte*, shall ask the Clerk to put Plaintiff's name on a list of *pro se* individuals who are in need of *pro bono (*free of charge) legal representation. While the Court cannot promise that counsel will be secured for Plaintiff, the Clerk will seek to locate counsel to voluntarily assist Plaintiff in the representation of his case. The Court will consider a stay of Plaintiff's case for a period of time to allow the Clerk to attempt to secure counsel for Plaintiff if either party moves for such relief at the May 7, 2008 conference.

Dated: April 10, 2008

BY THE COURT:

 s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix