IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.: 07-cv-02135-MSK-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: May 07, 2008 | Courtroom Deputy, Ellen E. Miller |

---

EARL   CROWNHART,                                            Pro Se   (by telephone)
#112771

      **Plaintiff(s),**

v.

J. CROUNK,                                                                Kathleen L. Spalding
TAUNER TUENER,                                                  Jennifer M. Palmer
SGT. ECHOLAND,
G. HERNANDEZ,
T. FLURARTY, and

      **Defendant(s).**

---

### COURTROOM   MINUTES / MINUTE   ORDER
---

**HEARING:   PRELIMINARY  SCHEDULING / STATUS CONFERENCE
                 and   MOTIONS   HEARING**

**Court in Session:**       10:00 a.m.
Court calls case.   Telephonic appearance of *Pro Se* Plaintiff; in court appearance of counsel.

The Court notes Plaintiff's case has been placed on the Clerk of the Court list for volunteer counsel. Unless and until an attorney volunteers to take the case, Plaintiff acknowledges he must proceed in his case on his own behalf.   As Plaintiff is *pro se,* Plaintiff is reminded that he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) *and* the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.).

The Court notes it does not respond to letters and any issue a party wishes the Court to address must be filed in a proper motion.  Pursuant to D.C.Colo.LCivR 7.1(C), any issue to be addressed must be filed in a separate motion which includes legal authority for support.  Copies of all motions must be sent to the opposing counsel or party.

*07-cv-02135-MSK-KLM*
*Preliminary Scheduling / Status Conference   and   Motions Hearing*
*May 07, 2008*

The Court reminds Plaintiff he has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and shall not file any further applications to so proceed in this case.

It is noted that "Tanya Turner" was improperly identified as "Tauner Tuener" in the Third Amended Complaint.  Ms. Palmer states that she has conferred with the Department of Corrections and has determined that the nurse against whom Plaintiff believes he has legal claims is CAROL Turner.  Plaintiff concurs with Ms. Palmer's statement.  Ms. Palmer makes an Oral Motion to Dismiss the improperly identified individual "Tanya Turner."  Plaintiff indicates that he does not object.

**It is ORDERED:**    The Court recommends that the parties' ORAL  MOTION   TO DISMISS DEFENDANT TAUNER TUENER PURSUANT TO FED.R.CIV.P. 41(a)(2) be **GRANTED** and that TANYA TURNER, improperly identified as Tauner Tuener, be DISMISSED from this civil action.

Plaintiff shall have   to and including **JUNE 09, 2008** within which to
(1)   File a Motion for Leave to add  CAROL TURNER as a defendant;
(2)   File a Motion for Leave to Join Additional Parties;
(3)  File a Motion for Leave to File a Fourth Amended Complaint to include any habeas corpus claim; and
(4) File a proposed Fourth Amended Complaint.

**It is ORDERED:**    Plaintiff's MOTION TO OBJECT PURSUANT FED.R.CIV.P. (26)(2)(1)(E) [Docket No. **47,** Filed April 02, 2008] is **DENIED as moot.**

**It is ORDERED:**    Plaintiff's MOTION TO ADD PARTIES PURSUANT D.C.COLO.LCivR 76 D 28 U.S.C. 636   PURSUANT TO Fed.R.Civ.P. 56 [Docket No.  **49,** Filed April 07, 2008] is **DENIED without prejudice.**

**It is ORDERED:**    Plaintiff's    MOTION Fed.R.Civ.P.  8.2  PRISONERS PLEADING AND Fed.R.Civ.P. 56 [Docket No. **50,** Filed April 07, 2008] is   **DENIED** for the reasons set forth on the record.

**It is ORDERED:**    Plaintiff's [MOTION?]   PURSUANT  TO  Fed.R.Civ.P.  56 MOTION TO SHOW EFFORT TO CONFER   [Docket No. **51,** Filed April 07, 2008] is **DENIED**  for the  reasons set forth on the record.

**It is ORDERED:**    Plaintiff's   MOTION BY ERRORED OF A CORRECTIVE CASE LAW BY MISTAKE PURSUANT TO CIV.R.P. 56 [Docket No. **58,** Filed April 09, 2008] is   **DENIED**   for the  reasons set forth on the record.
The corrected cite location shall stand.

*07-cv-02135-MSK-KLM*
*Preliminary Scheduling / Status Conference and Motions Hearing*
*May 07, 2008*

**It is ORDERED:** Plaintiff's PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 IN A HABEAS CORPUS ACTION [Docket No. **59,** Filed April 09, 2008] is **DENIED without prejudice** for the reasons set forth on the record.

**It is ORDERED:** Plaintiff's MOTION Fed.R.Civ.P. 8.2 PRISONERS PLEADING PURSUANT TO Fed.R.Civ.P. 56 [Docket No. **60,** Filed April 09, 2008] is **DENIED** for the reasons set forth on the record.

**It is ORDERED:** Plaintiff's MOTION TO ADD PARTIES PURSUANT D.C.COLO.LCivR 76 D 28 U.S.C. 636 PURSUANT TO Fed.R.Civ.P. 56 [Docket No. **61,** Filed April 09, 2008]
{Docketed as a MOTION TO AMEND [57] AMENDED COMPLAINT}is **DENIED** for the reasons set forth on the record.

**It is ORDERED:** Plaintiff's MOTION TO WRIT TO LEAVE STATUE 1983 CIV. R 56 [Docket No. **62,** Filed April 09, 2008] is **DENIED** for the reasons set forth on the record.

Discussion is held regarding Plaintiff's pleadings, Application for a Writ of Habeas Corpus [Docket No. 56] and "Document Attach Third Amend Complaint [Docket No. 41].

**It is ORDERED:** Plaintiff's pleading Application for a Writ of Habeas Corpus [Docket No. **56,** Filed April 09, 2008] is **STRICKEN.**

Plaintiff shall have to and including **JUNE 09, 2008** within which to file a proper habeas corpus claim if he wishes to pursue this issue.

**It is ORDERED:** Plaintiff's pleading "Document Attach Third Amend Complaint" [Docket No. **41,** Filed March 17, 2008] is **STRICKEN**.

Discussion is held regarding scheduling pretrial deadlines.

**It is ORDERED:** DISCOVERY DEADLINE is set **AUGUST 14, 2008**

● Depositions may be conducted pursuant to Fed.R.Civ.P. 30. Each side shall be limited to three (3) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions he may wish to take. All depositions shall be completed no later than AUGUST 14, 2008.

- Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33.

Each side shall be limited to twenty-five (25) Interrogatories, including subparts.

- Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34.

Each side shall be limited to twenty-five (25) Requests for Production of Documents.

- Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36.

Each side shall be limited to twenty-five (25) Requests for Admissions.

The responding party must serve its answers and/or objections within thirty (30) days after being served with the discovery requests.

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to  close  of  discovery.

Parties shall designate EXPERT WITNESSES   pursuant to Fed. R. Civ. P. 26(a)(2) **on or before JULY 10, 2008.**
Parties shall designate REBUTTAL EXPERT WITNESSES pursuant to Fed. R. Civ. P. 26(a)(2) **on or before  JULY 30, 2008.**

Discussion is held regarding dispositive motions which are generally filed to request that the Court decide the case without a trial.

**It is ORDERED:**       DISPOSITIVE MOTIONS DEADLINE is set **SEPTEMBER 02, 2008.**

No **STATUS CONFERENCE** is set at this time.   If the Court determines one is necessary, one will be set by Minute Order.

No **SETTLEMENT CONFERENCE** is set at this time.

HEARING CONCLUDED.

**Court in Recess**:    10:51   a.m.
Total In-Court Time:     00:51