IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02135-MSK-KLM

EARL CROWNHART,

    Plaintiff,

v.

J. CROUNK,
SGT. ECHOLAND,
G. HERNANDEZ, and
T. FLURARTY,

    Defendants.
_____

**ORDER SETTING RESPONSE DEADLINE TO MOTION NO. 92
AND DENYING MOTION NO. 93**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Amend by Waiver to Stipulate Request Under Fed. R. Civ. P. 4(d) to Withdrawl [sic] Exhibits A, B [Docket No. 92; Filed May 20, 2008] ("Motion No. 92") and Plaintiff's Motion to Amend & Present Copies of Document Civ. R. P. 10.1 [Docket No. 93; Filed May 20, 2008] ("Motion No. 93"). At a hearing dated May 7, 2008, Plaintiff was instructed that to the extent he wished to amend his complaint to add claims or parties, he must do so by June 9, 2008, and he must carefully explain the relief requested and offer the correct legal support for such relief pursuant to D.C. Colo. L. Civ. R. 7.1(C) [Docket No. 79]. Since the hearing, Plaintiff has filed seven Motions that appear to seek to add unspecified claims or parties, the latter two of which are at issue here. Plaintiff's Motions continue to be unintelligible, do not explain the claims/parties Plaintiff seeks to add, do not appear to relate to other documents filed

by Plaintiff, and do not comply with Local Rule 7.1(C).

IT IS HEREBY **ORDERED** that the Court liberally construes Motion No. 92 as a Motion to amend Plaintiff's complaint to add Defendant Carol Turner. On or before **May 30, 2008**, Defendants shall respond to Motion No. 92 and indicate whether they would oppose the addition of Carol Turner as a party Defendant.

IT IS HEREBY **ORDERED** that Motion No. 93 are **DENIED**. The Motion is unintelligible. Although the Court gives Plaintiff the benefit of liberal pleading interpretation given his *pro se* status, the Court cannot act as Plaintiff's advocate or provide relief where Plaintiff has neither clearly stated the relief he seeks nor the legal authority for such relief. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Dated: May 22, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix