IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02135-MSK-KLM

EARL CROWNHART,

    Plaintiff,

v.

J. CROUNK,
TAUNER TUENER,
SGT. ECHOLAND,
G. HERNANDEZ, and
T. FLURARTY,

    Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Motion to Request Dismissal Civil Rule 41 and All Cliams in Action (Motion) **(#97)** filed May 27, 2008. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and any and all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 28th day of May, 2008.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge